**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANA GABRIELA ERAZO ACOSTA #A221-497-684** | **CASE NO. 6:26-CV-01972 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JOHN DOE ET AL** | **MAG. JUDGE MCCLUSKY** |

# ORDER

Before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge recommending that the Petitioner's request for habeas corpus be denied. (R. Doc. 13). Petitioner has objected to the R&R. (R. Doc. 14) and filed a Motion for Expedited Custody Determination (R. Doc. 15).

In the Court's considered judgment, the forthcoming en banc decision from the United States Court of Appeals for the Fifth Circuit in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026) regarding the scope and application of the due process clause will likely be dispositive in this matter. Accordingly, the Court declines to adopt the R&R at this time and stays this matter until *Sosnava Rodriguez* has been resolved.

Considering the foregoing,

**IT IS ORDERED** that this matter is **STAYED**;

**IT IS FURTHER ORDERED** that counsel shall **NOTIFY** the Court within three days of issuance of the opinion in *Sosnava Rodriguez* or of another material change in circumstance, including removal of the Petitioner;

**IT IS FURTHER ORDERED** that this matter is **ADMINISTRATIVELY CLOSED** until the stay is lifted.

THUS DONE in Chambers on this 20th day of October, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE